

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00350-CV

Jack **RETTIG**,
Appellant

v.

Ronald E. **BRUNO**, Christopher Garcia, Sergio Lopez, Patrick G. Mendoza,
and Troy J. Williams,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellee Patrick G. Mendoza has filed a notice stating that he is in bankruptcy. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Western District of Texas in San Antonio, under Case No. 15-52801-cag, styled *In re Patrick G. Mendoza and Gloria C. Mendoza*. The notice contains an authenticated copy of the page[s] of the bankruptcy petition showing that the petition was filed on November 16, 2015. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore **ORDERED** that this appeal is **ABATED**. For administrative purposes, the **appeal will be treated as a closed case**, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court